IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-MJ-02-06 (CWH) |
| CHARLES S. FORD, | **VIOLATION:** Leaving Scene of Accident |
| Defendant | |

## VERDICT ON NON-JURY TRIAL

Defendant CHARLES S. FORD appeared *pro se* before the undersigned for a BENCH TRIAL on September 27, 2006. The government was represented by Special Assistant U. S. Attorney Dietlinde A. Dial.

Upon consideration of the evidence presented, the undersigned found that the following facts mandated a finding of GUILTY, to-wit:

On or about October 5, 2005, on property of the United States known as Robins Air Force Base within the Middle District of Georgia, defendant CHARLES S. FORD operating a Ford truck struck an unattended vehicle belonging to Stephen Siler, causing damage thereto; defendant then and there left the scene of the accident without attempting to notify the owner of the vehicle struck and without leaving notice giving his name and address as required by O.C.G.A §40-6-271. Defendant Ford contended that he did not realize that he struck Mr. Siler's vehicle, but the court finds the testimony of eye witness Mr. Parker credible to establish that Mr. Ford's actions immediately subsequent to his striking the vehicle indicated that he [Mr. Ford] did, in fact, know that he struck Mr. Siler's automobile; the court does not find Mr. Ford's testimony credible to the effect that he did not realize until much later, after being confronted by law enforcement, that he had struck the vehicle. Evidence submitted at trial also established that Mr. Siler's vehicle sustained some $400.00 in damage which Mr. Ford admits he later paid to Mr. Siler.

For the foregoing reasons, the undersigned on September 27, 2006, found defendant CHARLES S. FORD **GUILTY** of the offense charged in the information filed herein.

SO ORDERED AND DIRECTED, this 16th day of October, 2006.



    CLAUDE W. HICKS, JR.
    UNITED STATES MAGISTRATE JUDGE